**Milford George COOPER,**
**Plaintiff–Appellant,**

v.

**Jeffrey R. EDWARDS, Attorney; Roy Cooper, North Carolina Attorney General; JP Morgan Chase Bank; Law Firm of Brock & Scott, LLC, Defendants–Appellees.**

No. 13–2531.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 27, 2014.

Decided: March 4, 2014.

Milford George Cooper, Appellant Pro Se.

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Milford George Cooper appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cooper v. Edwards*, No. 5:13–cv–00711–D (E.D.N.C. Dec. 5, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*